SEALED
FILED
COURT
2026 NOV 17 PM 1:28
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DERRICK DONALDSON, TRESHAUN EVANS, and AUSTIN LANE,

Defendants.

8:26CR213

INDICTMENT
18 U.S.C. § 371
18 U.S.C. § 641

The Grand Jury charges that:

**COUNT I**
**(Conspiracy to Steal Government Property)**

Beginning in or about May 2025 and continuing through at least September 4, 2025, in the District of Nebraska and elsewhere, the Defendants, DERRICK DONALDSON, TRESHAUN EVANS, and AUSTIN LANE, knowingly and willfully conspired and agreed together and with other persons both known and unknown to the Grand Jury, to commit acts and offenses against the United States, or any agency thereof, that is to knowingly and willfully steal, purloin, and convert to their own use property of the United States, including weapon optics, night vision goggles, body armor, and other deployment gear, of a value greater than one thousand dollars ($1,000.00), in violation of Title 18, United States Code, Section 641.

PURPOSE, MANNER, AND MEANS OF THE CONSPIRACY

1. The purpose of the conspiracy was to obtain property belonging to the United States, including weapon optics, night vision goggles, body armor, and other deployment gear, for personal use, to give to family and friends, and to sell for monetary gain.

2. It was part of the conspiracy that Defendant DERRICK DONALDSON would take items from the 55 Security Forces supply hangar, using his personal vehicle and a backpack to transport the stolen items.

3. It was further part of the conspiracy that Defendant DERRICK DONALDSON would coordinate with others, including Defendant TRESHAUN EVANS, on the types of items he should take from the 55 Security Forces supply hangar.

4. It was further part of the conspiracy that after taking items from the 55 Security Forces supply hangar, Defendant DERRICK DONALDSON would give or sell the stolen items to others, including Defendants TRESHAUN EVANS and AUSTIN LANE.

OVERT ACTS

5. In furtherance of the conspiracy, and to effect its objects, the following overt acts were committed in the District of Nebraska:

a. On or about July 17, 2025, Defendant DERRICK DONALDSON ran internet searches for the price of military-grade night vision goggles;

b. On or about July 18, 2025, Defendant DERRICK DONALDSON asked Defendant AUSTIN LANE whether he would be willing to exchange a pair of night vision goggles for a pair of night vision goggles "with thermal" that DERRICK DONALDSON had recently stolen;

c. On or about July 28, 2025, Defendant DERRICK DONALDSON sent his brother-in-law a video and pictures of night vision goggles with the message: "Got you a pair";

d. On or about August 10, 2025, and continuing through at least September 4, 2025, Defendant DERRICK DONALDSON discussed night vision goggles that he had

recently stolen with his brother-in-law, including discussion about a potential buyer for the goggles and the cost to ship the goggles to Arkansas;

e. On or about August 21, 2025, the United Parcel Service ("UPS") delivered a package sent by Defendant DERRICK DONALDSON to his brother-in-law in Arkansas;

f. On or about August 22, 2025, Defendants DERRICK DONALDSON and TRESHAUN EVANS discussed: (1) the value of items that DERRICK DONALDSON had recently stolen; (2) how TRESHAUN EVANS should pick up the stolen items from DERRICK DONALDSON; and (3) the type of items that TRESHAUN EVANS would like DERRICK DONALDSON to steal in the future;

g. On or about August 25, 2025, Defendants DERRICK DONALDSON, AUSTIN LANE, and TRESHAUN EVANS discussed how to respond to the increasing suspicion surrounding their activities; and

h. On or about September 4, 2025, Defendant TRESHAUN EVANS sent an internet link related to night vision goggles to a contact in his phone labeled as "(unk)".

All in violation of Title 18, United States Code, Section 371.

**COUNT II**
**(Theft of Government Property – Derrick Donaldson)**

Beginning in or about May 2025 and continuing through at least September 4, 2025, in the District of Nebraska, Defendant DERRICK DONALDSON did willfully and knowingly steal and purloin property, including weapon optics, night vision goggles, body armor, and other deployment gear, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT III**
**(Theft of Government Property – Treshaun Evans)**

Beginning in or about May 2025 and continuing through at least September 4, 2025, in the District of Nebraska, Defendant TRESHAUN EVANS did willfully and knowingly steal and purloin property, including weapon optics and night vision goggles, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT IV**
**(Receiving Stolen Government Property – Treshaun Evans)**

Beginning in or about May 2025 and continuing through at least September 4, 2025, in the District of Nebraska, Defendant TRESHAUN EVANS did willfully and knowingly receive, conceal, and retain stolen property of the United States, including weapon optics and night vision goggles, of a value exceeding one thousand dollars ($1,000.00), with intent to convert said property to his own use then knowing the property to have been stolen, in violation of 18 U.S.C. § 641.

**COUNT V**
**(Theft of Government Property – Austin Lane)**

Beginning in or about May 2025 and continuing through at least September 4, 2025, in the District of Nebraska, Defendant AUSTIN LANE did willfully and knowingly steal and purloin property, including weapon optics and other deployment gear, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

SEALED

**COUNT VI**
**(Receiving Stolen Government Property – Austin Lane)**

Beginning in or about May 2025 and continuing through at least September 4, 2025, in the District of Nebraska, Defendant AUSTIN LANE did willfully and knowingly receive, conceal, and retain stolen property of the United States, including weapon optics and other deployment gear, of a value exceeding one thousand dollars ($1,000.00), with intent to convert said property to his own use, then knowing the property to have been stolen, in violation of 18 U.S.C. § 641.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: Colin P. Snider

COLIN P. SNIDER, #27724
Assistant U.S. Attorney